IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RITA'S WATER ICE FRANCHISE CORPORATION and RITA'S WATER ICE, INC.** | : | **CIVIL ACTION** |
| v. | : | |
| **A.J. ICES, L.L.C., MARK SHORR and LINDA SHORR** | : | **NO. 02-4849** |

**O R D E R**

     **AND NOW,** this     day of August, 2002, **IT IS HEREBY ORDERED** that defendants shall file a response to plaintiffs' motion for a preliminary injunction by August 5, 2002 and a hearing will be held on plaintiffs' motion for a temporary restraining order on August 6, 2002 at 2:00 p.m. at which time the parties shall be prepared to present a proposed schedule for expedited discovery in connection with the request for preliminary injunctive relief.

                                             **BY THE COURT:**

                                             _____

                                             **JAY C. WALDMAN, J.**